IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

JOHN HILLIAR,

    PLAINTIFF,

v.                                                                    CASE NO.: CV-08-J-1436-NE

PORTFOLIO RECOVERY
ASSOCIATES, LLC, et al.,

    DEFENDANTS.

## ORDER

The court having been informed that this case has been amicably settled,

It is therefore **ORDERED** by the court that this case be and hereby is **DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** that this court retains jurisdiction over the parties for the purpose of enforcing the parties' settlement agreement.

It is further **ORDERED** that the parties shall submit a formal stipulation of dismissal.

**DONE** and **ORDERED** this the 26th day of January, 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE